UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD<br>1669 Benedict Canyon Drive<br>Beverly Hills, California 90210,<br><br>       PLAINTIFF<br>   vs.<br><br>DEPARTMENT OF DEFENSE,<br>1400 Defense Pentagon<br>Washington, DC 20301-1400<br><br>       DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Judge _____<br>   Civil Action No. _____ |

## COMPLAINT

### THE PARTIES

1.      Plaintiff Jason Leopold is a citizen of California residing at 1669 Benedict Canyon Drive, Beverly Hills, CA 90210.

2.      Mr. Leopold spent three and a half years as lead investigative reporter of Truthout.org, a nonprofit newsroom, and is a current contributor to Al Jazeera America, where he covers Guantanamo, national security, counterterrorism, civil liberties, human rights, and open government.  Additionally, he is the editor-at-large for The Public Record.  His reporting has appeared in *The Nation*, *The Wall Street Journal*, *The Financial Times*, *Salon*, *CBS Marketwatch*, *The Los Angeles Times*, and numerous other domestic and international publications.

3.      Mr. Leopold seeks access to certain public records to write a news report for distribution to the general public.  His connections and relationships with a wide range of

domestic and international media organizations will ensure that any story he drafts based on the information contained in these records will be published and reprinted

4.     Defendant Department of Defense (DOD) is an agency of the United States.

5.     United States Southern Command (SOUTHCOM) is a unified Combatant Command and a component of DOD.

6.     The DOD has possession, custody and control of the records Plaintiff seeks.


## JURISDICTION AND VENUE

7.     This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

8.     This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

9.     Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).


## STATEMENT OF FACTS

### BACKGROUND

10.     SOUTHCOM is responsible for providing contingency planning, operations, and security cooperation in its assigned Area of Responsibility which includes Central America, South America, and The Caribbean (except U.S. commonwealths, territories, and possessions).

11.     Joint Task Force Guantanamo is a component of SOUTHCOM which maintains custody of detainees, conducts intelligence collection, analysis and dissemination, and provides support to law enforcement, war crimes investigations and the Office of Military Commissions.

## PLAINTIFF'S FOIA REQUESTS

12.     On December 7, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records related to pertaining to a decision to withhold information from the media about the number of hunger striking detainees at Guantanamo Bay detention center. SOUTHCOM has not assigned this request a tracking number.

13.     On December 7, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records related to Guantanamo Bay guards suffering from Post-Traumatic Stress Disorder (PTSD).  SOUTHCOM has not assigned this request a tracking number.

14.     On November 16, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records related to a visit to Guantanamo prison in 2013 by CBS News' 60 Minutes program.  SOUTHCOM has not assigned this request a tracking number.

15.     On September 24, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records pertaining to the decision by the Secretary of Defense, Pentagon, and White House Office of Management and Budget to reject a SOUTHCOM funding request to overhaul certain facilities at GTMO.  SOUTHCOM assigned this request tracking number SC 13-189.

16.     On September 11, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a list of the VIP visitors to Guantanamo Bay from January 2002 to the present. SOUTHCOM assigned this request tracking number SC 13-173.

17.     On August 14, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records related to the use of "restraint chairs" at GTMO for the purpose of administering enteral feeding to detainees engaged in a hunger strike from 2005 to present. SOUTHCOM assigned this request tracking number SC 13-187.

18.     On August 1, 2013 and August 15, 2013, Plaintiff sent FOIA requests to SOUTHCOM via email seeking a copy of records prepared by (1) GTMO officials and DOD

officials pertaining to discussions involving any security breach or security review, and

contraband intercepted from War on Terror detainees in custody of the U.S. government at

GTMO between January 2009 and 2012; (2) the order issued in December 2001 by Rear Adm.

David Woods authorizing a privilege review team to review the legal mail sent to detainees by

their attorneys; and (3) the bid solicitation noted in Rear Adm. Woods' December 2011 order.

SOUTHCOM assigned these request tracking numbers SC 13-153 and SC 13-163.

19.     On August 1, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email

seeking a copy of records from August 2011 through January 31, 2012 pertaining to an

investigation conducted by and/or overseen by Rear Adm. David Woods related to the discovery

of contraband, such as the al-Qaida magazine known as INSPIRE in or around the cells of

detainees.  SOUTHCOM assigned this request tracking number SC 13-151.

20.     On August 1, 2013 and August 15, 2013, Plaintiff sent FOIA requests to

SOUTHCOM via email seeking a copy of records pertaining to discussions involving any

security breach or security review involving "contraband," as defined by GTMO, which includes

mail, or legal mail, that GTMO officials discussed or intercepted from detainees in custody of

the U.S. government at GTMO between January 2009 and the present. SOUTHCOM assigned

these requests tracking numbers SC 13-149 and SC 13-164.

21.     On August 15, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email

seeking a copy of records concerning requests sent to the Office of the Secretary of Defense by

SOUTHCOM about upgrades to infrastructure and the construction for new facilities for the JTF

Guantanamo operation, from January 1, 2012 through the present. SOUTHCOM assigned this

request tracking number SC 13-162.

22.     On August 14, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email

seeking a copy of records pertaining to the number of hunger striker at GTMO and the number of

detainees who received enteral feeds from January 2002 through the present. SOUTHCOM assigned this request tracking number SC 13-157.

23. On August 1, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of legal guidance and memos relating to enteral feedings at Guantanamo Bay. SOUTHCOM assigned this request tracking number SC 13-148.

24. On August 1, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all talking points, both draft and final versions, from SOUTHCOM and JTF-GTMO pertaining to the hunger strike that began in February 2013 and enteral feeding procedures. The request additionally sought copies of documents used by SOUTHCOM and JTF-GTMO to prepare the talking points. SOUTHCOM assigned this request tracking number SC 13-147.

25. On July 21, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of the high-priority email received by the cultural advisor on September 7, 2012 that includes a copy of the "Force Protection Report" and a copy of the email that the cultural adviser forwarded on September 7, 2012 to Col. John Bogdan. SOUTHCOM assigned this request tracking number SC 13-145.

26. On July 21, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all of the exhibits cited in the AR 15-6 commander's inquiry report on the death of Guantanamo detainee, ISN 156, Adnan Latif. SOUTHCOM assigned this request tracking number SC 13-144.

27. On July 10, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all media, including videos and artist renderings of enteral feedings of GTMO detainees from January 2002 through the present. SOUTHCOM assigned this request tracking number SC 13-142.

28.     On July 9, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all supporting documents related to the AR 15-6 investigation which were later used by investigators to prepare a report on the death of Guantanamo detainee Adnan Farhan Abdul Latif (ISN 156).  SOUTHCOM assigned this request tracking number SC 13-141.

29.     On July 5, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of "Hunger Strike Medical Evaluation Sheets," "Hunger Strike Medical Flow Sheets," and "Chronological Record of Medical Care," for the period from September 1, 2012 and the present.  SOUTHCOM assigned this request tracking number SC 13-140.

30.     On July 1, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all 79 unclassified Joint Medical Group (JMG) Standard Operating Procedures (SOPs). SOUTHCOM assigned this request tracking number SC 13-139.

31.     On July 1, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all After Action Reports for detainee-related incidents between August 1, 2012 and the present.  SOUTHCOM assigned this request tracking number SC 13-138.

32.     On June 5, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of records from September 2005 to the present pertaining to the use of restraint chairs at GTMO for the purpose of administering enteral feeding to detainees engaged in a hunger strike. The request also sought documents pertaining to meetings that took place between SOUTHCOM and GTMO officials and representatives from the Federal Bureau of Prisons and others in 2005 relating to the use of restraining chair. SOUTHCOM assigned this request tracking number SC 13-127.

33.     On May 31, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of Standard Operating Procedures (SOPs) used at Guantanamo Bay by JTF-GTMO.  SOUTHCOM assigned this request tracking number SC 13-126.

6

34.     On May 31, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all videotapes pertaining to inspections of detainees' Korans that have been conducted at the Guantanamo Bay detention facility between January 2013 and the present. SOUTHCOM assigned this request tracking number SC 13-124.

35.     On May 31, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all talking points and documents pertaining to talking points, including emails, reports, briefing papers, and memos pertaining to the hunger strike taking place at GTMO, and comments made by SOUTHCOM about the hunger strike.  SOUTHCOM assigned this request tracking number SC 13-123.

36.     On May 20, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all records relating to the JTF-GTMO's purchase and order of the nutritional supplement Ensure.  SOUTHCOM has not assigned this request a tracking number.

37.     On May 10, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of AR 15-6 Commander's Inquiry reports into the deaths of Guantanamo prisoners Adnan Farhan Abdul Latif (ISN 156), Hajji Nassim (aka Inayatullah ISN 10029) and Awal Gul (ISN 782).  SOUTHCOM assigned this request tracking number SC 13-109.

38.     On May 9, 2013 and May 31, 2013, Plaintiff sent FOIA requests to SOUTHCOM via email seeking a copy of all videotapes pertaining to inspections of Korans that have been conducted at the Guantanamo Bay detention facility between January 2013 and the present. SOUTHCOM assigned these requests tracking numbers SC 13-108 and SC 13-125.

39.     On April 23, 2013, Plaintiff sent a FOIA request to SOUTHCOM via email seeking documents in which officials in the Office of the Secretary of Defense, including Secretary of Defense Chuck Hagel, and Joint Staff, discussed and were briefed about a raid that took place on April 13, 2013, described in a SOUTHCOM press release.  SOUTHCOM assigned this request tracking number SC 13-104.

40.     On November 24, 2012, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of the autopsy report for GTMO detainee Adnan Farhan Abdul Latif (ISN 156), who died at GTMO on September 8, 2012. SOUTHCOM assigned this request tracking number SC 13-040.

41.     On September 29, 2012, Plaintiff sent a FOIA request to SOUTHCOM via email seeking a copy of all documents from March 1, 2012 through the present that mention Farhan Abdul Latif a/k/a Allal Ab Aljallil Abd al Rahman (ISN 156), a detainee who was imprisoned at GTMO until his death on September 8, 2012.  SOUTHCOM assigned this request tracking number SC 13-004.

42.     In each of the above-described FOIA requests, Plaintiff requested a fee waiver.

## DEFENDANT'S FAILURE TO TIMELY COMPLY WITH FOIA

43.     As of the filing of this Complaint, Plaintiff has not received a response to any of the FOIA requests that are the subject of this lawsuit with a determination as to whether Defendant will grant his request for a fee waiver.

44.     As of the filing of this Complaint, Plaintiff has not received a final response to any of the FOIA requests that are the subject of this lawsuit with a determination as to whether Defendant will release or withhold all of the requested records.

45.     Plaintiff has received interim releases for his FOIA requests with the following tracking numbers: SC 13-127, SC 13-138 through SC 13-142, SC 13-145, SC 13-147 through SC 13-149, SC 13-151, SC 13-153, SC 13-157, SC 13-162, and SC13-173.

46.     Under 5 USC § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted his administrative remedies with regard to the FOIA requests that are the subject of this lawsuit because Defendant has failed to comply with the statutory time limit.

**DEFENDANT'S FAILURE TO PROVIDE ESTIMATED DATES OF COMPLETION**

47.     On at least two occasions, Plaintiff has requested estimated dates of completion for all of the FOIA requests that are the subject of this lawsuit.

48.     On each of these occasions, SOUTHCOM FOIA Manager Marco T. Villalobos responded to Plaintiff's inquiry but failed to provide estimated dates of completion.

49.     On information and belief, it is the policy or practice of SOUTHCOM to refuse to provide estimated dates of completion even when requested.

50.     This policy or practice is unlawful and contrary to FOIA.

COUNT I:
VIOLATION OF FOIA (INDIVIDUAL REQUESTS)

51.     This Count realleges and incorporates by reference all of the preceding paragraphs.

52.     Each of the documents referred to in this Complaint is incorporated herein by reference.

53.     Defendant has violated FOIA by improperly withholding the requested records.

54.     Defendant has violated FOIA by failing to grant Plaintiff's request for a fee waiver.

55.     Defendant has violated FOIA by failing to provide estimated dates of completion as to each of Plaintiff's requests.

56.     Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to produce the requested records.

## COUNT II:

## VIOLATION OF FOIA (POLICY OR PRACTICE)

57.     This Count realleges and incorporates by reference all of the preceding paragraphs.

58.     Each of the documents referred to in this Complaint is incorporated herein by reference.

59.     SOUTHCOM maintains a policy or practice of failing to provide estimated dates of completion to FOIA requesters.

60.     Plaintiff was subject to this illegal policy or practice and will continue to be harmed in the future by SOUTHCOM's policy because he is a frequent FOIA requester to SOUTHCOM.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Declare that Plaintiff is entitled to a fee waiver under FOIA;

(3) Order Defendant to process the requested records without further delay and release all nonexempt portions to Plaintiff without charging Plaintiff fees;

(4) Enjoin SOUTHCOM's policy or practice of failing to provide estimated dates of completion;

(5) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(6) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*